UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JUL 01 2020

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| v. | § § | Criminal No. |
| **TRAVIS GLENDON MARTIN, III** | § | H 20 0277 |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT ONE

(Civil Disturbance)

On or about May 29, 2020 within the Southern District of Texas, the defendant,

**TRAVIS GLENDON MARTIN, III,**

knowingly, during the existence of a civil disturbance, attempted to commit an act for the intended purpose of obstructing, impeding, and interfering, either by himself or with someone else, in a violent manner with law enforcement officer or officers that were lawfully engaged in the lawful performance of their official duties incident to and during the commission of such civil disorder and that such civil disorder was resulting in interference with commerce and the movement of any article or commodity in commerce.

In violation of Title 18, United States Code, Section 231.

A TRUE BILL

<u>Original signature on File</u>
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
United States Attorney
Southern District of Texas

STEVEN T. SCHAMMEL
Assistant United States Attorney