# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

UNITED STATES OF AMERICA

v.  Case Number: 4:20−cr−00277

Travis Glendon Martin, III

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Travis Glendon Martin, III as set forth below.**

**Before the Honorable Andrew M Edison**

**PLACE:**
by video

**DATE:** 1/15/2021

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Initial Appearance/Revocation

Date: January 7, 2021                                                                 Nathan Ochsner, Clerk