# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                              Case Number: 4:20–cr–00277

Travis Glendon Martin, III

---

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Travis Glendon Martin, III as set forth below.**

**Before the Honorable Dena Hanovice Palermo**

**PLACE:**

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 2/4/2021

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Appearance

---

Date: January 27, 2021                                   Nathan Ochsner, Clerk