# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                              Case Number: 4:20−cr−00277

Travis Glendon Martin, III

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Travis Glendon Martin, III as set forth below.**

**Before the Honorable Dena Hanovice Palermo**

**PLACE:**
Courtroom 704
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 2/4/2021

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Initial Appearance

Date: February 1, 2021                                              Nathan Ochsner, Clerk