# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                                                  Case Number: 4:20–cr–00277

Travis Glendon Martin, III

---

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Travis Glendon Martin, III as set forth below.**

**Before the Honorable Dena Hanovice Palermo**

**PLACE:**
Courtroom 704
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 2/5/2021

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Initial Appearance/Revocation

---

Date: February 3, 2021                                                          Nathan Ochsner, Clerk