United States Courts
Southern District of Texas
FILED
September 21, 2021
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | Criminal No. 4:20-cr-00277-S1 |
| | § | |
| TRAVIS GLENDON MARTIN, III | § | |

### SUPERSEDING CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

#### Count One

On or about September 12, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**TRAVIS GLENDON MARTIN, III**

willfully and by means of cutting the leg strap on his GPS monitor, did injure and commit a depredation against property of the United States and of any department or agency thereof United States Probation and Pretrial Service System, specifically the leg strap of his GPS monitor, and the resulting damage was less than $1000.

In violation of Title 18 United States Code, Section 1361.

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

STEVEN SCHAMMEL
ASSISTANT UNITED STATES ATTORNEY