UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| United States of America § § <br> versus § § <br> Travis Glendon Martin, III § § § | Notice of Resetting <br><br> Criminal H-20-277 |

You are directed to appear for a

Sentencing

on
January 20, 2022
10:30 a.m.

before
**Judge Lynn N. Hughes**
Courtroom 11-C, Eleventh Floor
United States Courthouse
515 Rusk Avenue
Houston, Texas 77002

*Defendant(s) required to attend:* yes

Copies:     AUSA  <u>Steven Schammel</u>
               Defense Counsel  <u>Heather Hughes</u>
               U.S. Probation Office

Nathan Ochsner,
Clerk of Court

By: *[signature]*
Deputy Clerk

<u>January 7, 2022</u>
Date