| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| United States of America<br><br>versus<br><br>Travis Glendon Martin, III | §<br>§<br>§<br>§<br>§<br>§ | Notice of Resetting<br><br>Criminal H-20-277 |

You are directed to appear for a

Sentencing

on
January 31, 2022
1:30 p.m.

before
**Judge Lynn N. Hughes**
Courtroom 11-C, Eleventh Floor
United States Courthouse
515 Rusk Avenue
Houston, Texas  77002

*Defendant(s) required to attend:* yes

Copies:   AUSA   Steven Schammel
         Defense Counsel   Heather Hughes
         U.S. Probation Office - C. Reyes

Nathan Ochsner,
Clerk of Court

By: *[signature]*                                          January 11, 2022
Deputy Clerk                                                      Date