# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § Criminal No. 4:20-cr-00277-S1 |
| | § |
| TRAVIS GLENDON MARTIN, III | § |

## GOVERNMENT'S UNOPPOSED MOTION TO DISMISS THE UNDERLYING INDICTMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, hereinafter referred to as "the Government," by and through its Attorney and Assistant United States Attorney assigned to this matter and would respectfully show the Court the following:

I.

The Government respectfully requests that the underlying indictment in the above-numbered cause be dismissed without prejudice as to Travis Glendon Martin, III for the reason that the Defendant pled guilty to the superseding criminal information and was sentenced on February 15, 2022.

WHEREFORE, premises considered, the Government prays that this Motion to dismiss the underlying indictment in cause number H-20-0277 against Travis

Glendon Martin, III in all things be Granted.

Respectfully submitted,

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

_____
STEVEN T. SCHAMMEL
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas
1000 Louisiana St., Ste. 2300
Houston, Texas 77002
Phone: (713) 567-9325

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Government's Unopposed Motion to Dismiss the Underlying Indictment* of the Indictment was delivered to Ms. Heather Hughes, attorney for Defendant, by hand on February 15, 2022.

/s/ *Steven T. Schammel*
Steven T. Schammel
Assistant United States Attorney